Your Name: Eugene Hart Jr.
Your Address: #166 Turk st. Apt.24 S.F, Ca. 94102
Phone Number: (510) 418-5267
Email Address: brussardlarry003@gmail.com
Pro Se Plaintiff

FILED
APR 14 2026
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

walk in
NP
99

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Eugene Hart Jr.
Plaintiff,

v.

Fidelity Brokerage Service llc
Defendant.

Case Number CV26-03172 LB [leave blank]

COMPLAINT

DEMAND FOR JURY TRIAL
Yes ☒ No ☐

## I. PARTIES

1. Plaintiff. [Write your name, address, and phone number. Add a page for additional plaintiffs.]

Name: Eugene Hart Jr.
Address: #166 Turk st. Apt. #24. S.F, Ca. 94102
Telephone: (510) 418-5267

2. Defendants. [Write each defendant's full name, address, and phone number.]

Defendant 1:
Name: Robert Lee Hart
Address: #2000 Mt. Wilson Ct., Antioch, Ca. 94531
Telephone: (925) 777-0332

Defendant 2:

Name: Vernon Gains

Address: pittsburg, California

Telephone:

Defendant 3:

Name: "others are unknown"

Address:

Telephone:

## II. JURISDICTION

Usually only two types of cases can be filed in federal court, cases involving "federal questions" and cases involving "diversity of citizenship." Check at least one box.

3. My case belongs in federal court

☐ under federal question jurisdiction because it involves a federal law or right.

Which federal law or right is involved?

28 USC 1331 uniform interpretation of fed. law

☒ under diversity jurisdiction because none of the plaintiffs live in the same state as any of the defendants and the amount of damages is more than $75,000.

## III. VENUE

The counties in this District are: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo, or Sonoma. If one of the venue options below applies to your case, this District Court is the correct place to file your lawsuit. Check the box for each venue option that applies.

4. Venue is appropriate in this Court because:

☐ a substantial part of the events I am suing about happened in this district.

☐ a substantial part of the property I am suing about is located in this district.

☒ I am suing the U.S. government, federal agency, or federal official in his or her official capacity and I live in this district.

☐ at least one defendant is located in this District and any other defendants are located in California.

## IV. INTRADISTRICT ASSIGNMENT

This District has three divisions: (1) San Francisco/Oakland (2) San Jose; and (3) Eureka-McKinleyville. First write in the county in which the events you are suing about happened, and then match it to the correct division. The San Francisco/Oakland division covers Alameda, Contra Costa, Marin, Napa, San Francisco, San Mateo, and Sonoma counties. The San Jose division covers Monterey, San Benito, Santa Clara, Santa Cruz counties. The Eureka-McKinleyville division covers Del Norte, Humboldt, Lake, Mendocino counties, only if all parties consent to a magistrate judge.

5. Because this lawsuit arose in San Francisco//Oakland County, it should be assigned to the San Francisco, Ca. Division of this Court.

## V. STATEMENT OF FACTS

Write a short and simple description of the facts of your case. Include basic details such as where the events happened, when things happened and who was involved. Put each fact into a separate, numbered paragraph, **starting with paragraph number 6**. Use more pages as needed.

Open accounts were open & accessed using my "pii" pii or - Personal information with out my consent or permission. I didn't know I was a victim of identity theft and self impersonation. I received a credit report and I didn't recognize all of the activity on my accounts. Nothing on the account was by me. This seem to be going on for a long time, my financial life is in ruin. By discovery I found out that I had this account I called and was told not to call back that they won't be serving me. I've never dealt with such scam on a massive level. It seem that family members has got a hold of my info. Keep a secret about what was going on. Made up allegations how to not include me to my own plan.

(Cont'd) - I feel disrespected by hanging up in my face Told not To Call Back, even though they Confirmed that I had a case or profile in My Name. I couldn't believe that I was Being Replaced With the approval of my own family Allowing Someone else To impersonate my identity even giving my Home away allowing others To believe that I was there "Personal Property" & Called even a Slave. I thought it was a Joke But the more I did my Research It was Being Confirmed My Worst Nightmare Seem To be Manifesting Right in front of my very own eyes. My identity was not only being Stolen but Challenged. I Began To see and Recognize that im being Taxed and the Gains for others that got To change not Just my "identity" but the names and even "culture" Changed without any explanation. Financial Lied To by the Silence of not being honest about the financial Accounts of the Relatives & whom ever was involved and Knew about the deception

## VI. CLAIMS

**First Claim**

Name the law or right violated:

Rule of Law & legal & financial Rights violated

Name the defendants who violated it:

Lynette Hart was the said law, & Robert Hart seem to violate law

Explain briefly here what the law is, what each defendant did to violate it, and how you were harmed. You do not need to make legal arguments. You can refer to your statement of facts.

Some one has choosen To use my "Personal information" and open up accounts without my consent or permission. Which should Be looked @ as a crime punishable for Imprisonment. I NeveR consented or given permission for anyone To identify or even ever to use my identity information in any way. As still to today my "Personal information" To Be fragmented and used in a way I dont want Or Recognize. This issue has caused me a significant amount of Harm, including "Pain and Suffering" in which the damage has been done and could only gets worse As time goes on. I do not want my "pi" used without my consent in such ways its allowed

"identity Theft" Claim

Name the law or right violated:

"The Rule of Law by Lynette; "Human Rights Violations.

Name the defendants who violated it:

•Robert L. Hart; and all whom are involved in this matter.

Explain briefly here what the law is, what each defendant did to violate it, and how you were harmed. You do not need to make legal arguments. You can refer to your statement of facts.

The law can be any law, But I put The Rule of Law which one of the defendants wife is cited above.

It is impossible for me to fully know or be aware of all whom are involved if im excluded from participating in what these people are choosing to do. It's difficult to even make sense of the facts because the way that it's been given me the information.

I called and expressed my concern to fidelity & was told they will look into the issue. Even being told not to call them & hang up on, in which left me confused making me wonder if what I think its true is actually false. So if the brokages can just lie and theres consequences, people are going to be harmed

## VII. DEMAND FOR RELIEF

State what you want the Court to do. Depending on your claims, you may ask the Court to award you money or order the defendant to do something or stop doing something. If you are asking for money, you can say how much you are asking for and why you should get that amount or describe the different kinds of harm caused by the defendant.

I want the Court to financially penalize the violators and imprison those who don't & continue to harm causes confussion and defraud others by deception. My claim is that my personal information is being collected and sold with no confirmation by me which is the owner of the information. It's caused harm in ways that has not been fully felt yet.

## VIII. DEMAND FOR JURY TRIAL

Check this box if you want your case to be decided by a jury, instead of a judge, if allowed.

☒ Plaintiff demands a jury trial on all issues.

Respectfully submitted,

Date: 04/10/26 Sign Name: Eugene Hart Jr.

Print Name: Eugene Hart Jr.

Copy this page and insert it where you need additional space.

(con't) So my account Balance is @ zero which mean they used and Took all of the funds due To the fact of me knowing about it. also other Brokerage Accounts were also opened up being done in the same manner. When I call im Told To Call or either that there is no more funds in the account that was opened up in my name. Something that I didn't approve of Or wasn't aware of. Which would be considered identity Theft and impersonation schemes. Im filing a lawsuit Because im looking To be Compensated for the hardship financially it caused and loss of any opportunity I would have or could of had if someone else didn't use my info. This seem to become a Bigger issue if I don't get that corrected. Because there's Many other thing's the impersanator is doing in my name. Signing me up for thing's im Not Aware of that could end up leading me in To a more difficult financial problems.