United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUGENE HART,

Plaintiff,

v.

FIDELITY BROKERAGE SERVICE LLC., et al.,

Defendants.

Case No. 26-cv-03172-HSG

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION TO DISMISS**

Re: Dkt. No. 11

The Court has reviewed Magistrate Judge Beeler's Report and Recommendation to Dismiss. The time for objections has passed and none were filed. The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly,

IT IS HEREBY ORDERED that this case is dismissed. The Clerk is directed to enter judgment in favor of Defendants Fidelity Brokerage Service LLC, Robert Lee Hart, and Vernon Gains and against Plaintiff Eugene Hart, Jr., and to close the file.

**IT IS SO ORDERED.**

Dated: October 20, 2026

Haywood S. Gilliam, Jr.

HAYWOOD S. GILLIAM, JR.
United States District Judge